IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McCraven Jr, Tom

Printed: 10/2/07

Case Number: 07 B 00017
Judge: Wedoff, Eugene R
Filed: 1/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 16, 2007
Confirmed: April 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,920.00 |  |
| Secured: |  | 1,816.31 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 103.69 |
| Other Funds: |  | 0.00 |
| Totals: | 1,920.00 | 1,920.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,500.00 | 0.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 5. | ISPC | Secured | 0.00 | 0.00 |
| 6. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 7. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 8. | M & T Mortgage Corporation | Secured | 0.00 | 0.00 |
| 9. | Country Homes Of Creekside | Secured | 700.00 | 125.03 |
| 10. | Ford Motor Credit Corporation | Secured | 13,868.07 | 1,691.28 |
| 11. | EMC Mortgage Corporation | Secured | 3,368.96 | 0.00 |
| 12. | Chase Home Finance | Secured | 15,437.13 | 0.00 |
| 13. | Illinois Dept of Revenue | Priority | 1,179.92 | 0.00 |
| 14. | Illinois Dept Of Healthcare And Family | Priority | 3,197.57 | 0.00 |
| 15. | RMI/MCSI | Unsecured | 214.20 | 0.00 |
| 16. | Cache Inc | Unsecured | 161.16 | 0.00 |
| 17. | Illinois Dept of Revenue | Unsecured | 581.81 | 0.00 |
| 18. | Cache Inc | Unsecured | 363.45 | 0.00 |
| 19. | Ford Motor Credit Corporation | Unsecured | 74.29 | 0.00 |
| 20. | Asset Acceptance | Unsecured | 161.09 | 0.00 |
| 21. | American General Finance | Unsecured | 702.64 | 0.00 |
| 22. | CI Profssional Training | Unsecured |  | No Claim Filed |
| 23. | Capital One | Unsecured |  | No Claim Filed |
| 24. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 25. | Credit Protection Association | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  McCraven Jr, Tom

Printed: 10/2/07

Case Number: 07 B 00017
Judge: Wedoff, Eugene R
Filed: 1/2/07

| | | | |
|---|---|---|---|
| 26. Receivable Management SE | Unsecured | | No Claim Filed |
| 27. Capital One | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 42,510.29 | $ 1,816.31 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 103.69 |
| | _____ |
| | $ 103.69 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_
_____